# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VEDA RACHELLE GUYLLETTE,
WIFE OF/AND WILLIAM W.
JENKINS

NO.  2021 CW 1492

VERSUS

AMERICAN TELEPHONE &
TELEGRAPH (AT&T)

**FEBRUARY 14, 2022**

---

In Re:   Bellsouth   Telecommunications,   LLC   D/B/A   AT&T
Louisiana,  applying  for  supervisory  writs,  22nd
Judicial District Court, Parish of St. Tammany, No.
2011-17077.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT   NOT   CONSIDERED.**   Defendant/relator,   BellSouth
Telecommunications, LLC d/b/a AT&T Louisiana, failed to include
a copy of any pertinent court minutes, as required by Rule 4-
5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal.
Moreover, this court requires a copy of the August 26, 2021
hearing transcript in the event a new writ application is filed.

Supplementation of this writ application will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing items described above, and must comply
with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of
Appeal. Any new application must be filed on or before March 7,
2022 and must contain a copy of this ruling.

PMc
JEW

**Theriot, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT